UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-7832 CAS (AJWx) | Date | March 26, 2012 |
|---|---|---|---|
| Title | STEPHEN ARTHUR DUBOSE v. COUNTY OF LOS ANGELES; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                                            Not Present

**Proceedings:** **(In Chambers:) Plaintiff's Motion in Limine to Prevent Witnesses Robert Fonzi From Giving an Opinion on Ultimate Legal Issues** (Filed March 25, 2012)

    The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

    Plaintiff seeks to prevent defendants' witness, Robert Fonzi, from giving an opinion on ultimate legal issues. Specifically, plaintiff objects to Fonzi's statement in his disclosure documents that ". . . it is my opinion that Deputy Bocanegra used reasonable force when he pushed Dubose forward from a perceived threat and/or attack." Mot. at 1.

    The Court previously held that while Fonzi would be permitted "to offer testimony generally as to policies, procedures, and reasonable use of force," he would not be permitted to testify "as to the actions taken by defendants in this case specifically, as to do so would invade the province of the jury." Dkt. No. 183 at 5. The Court does not believe it necessary to revisit this holding, and hereby DENIES plaintiff's motion as moot.

    IT IS ORDERED.

                                                                                              00:00
                                                                                            CMJ